1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of American for the use and Benefit et al.,<br><br>                  Plaintiffs,<br>  v.<br><br>Villa Electric, Inc., et al.,<br><br>                  Defendants. | NO. C 07-01420 JW<br><br>**ORDER TO SHOW CAUSE**<br>**RE: SETTLEMENT** |

On September 19, 2007, Villa Electric, Inc. informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **October 22, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **November 5, 2007** at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **October 22, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: September 20, 2007

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 James Wade Poindexter jpoindexter@pdlawyers.com
Jeffrey Alan Kent jkent@pdlawyers.com
3 Joanna Moriah Curtis joanna.curtis@sdma.com
Jonathan James Dunn jonathan.dunn@sdma.com
4 Mark Lang Creede mlc@lrplaw.net

7 **Dated:  September 20, 2007**                            **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

United States District Court
For the Northern District of California