1  JAMES W. POINDEXTER, SBN 95966
   POINDEXTER & DOUTRÉ, INC.
2  214 Grant Avenue, Suite 400
   San Francisco, CA 94108
3  Telephone: (415) 398-5811
   Facsimile: (415) 398-5808
4  Email: jpoindexter@pdlawyers.com

5  JEFFREY A. KENT, SBN 71468
   POINDEXTER & DOUTRÉ, INC.
6  624 S. Grand Avenue, Suite 2420
   Los Angeles, California 90017-3325
7  Telephone: (213) 628-8297
   Facsimile: (213) 488-9890
8  Email: jkent@pdlawyers.com

9  Attorneys for Use Plaintiff and Plaintiff,
   Wesco Distribution, Inc.

**GRANTED**
*/s/ James Ware*
Judge James Ware
9/21/2007

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF WESCO DISTRIBUTION, INC., a corporation; WESCO DISTRIBUTION, INC., a corporation, <br><br>                Plaintiffs, <br><br>     vs. <br><br>VILLA ELECTRIC, INC., a corporation; BURNS & McDONNELL ENGINEERING COMPANY, INC., a corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a surety, <br><br>                Defendants. | Case No. C07 01420 JW <br> U. S. District Judge: James Ware <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (F.R.Civ.P. 41(a)(1))** <br><br><br><br> **AMOUNT OF DEMAND: $107,744.09** |
| BURNS & McDONNELL ENGINEERING COMPANY, INC., a Missouri corporation, <br><br>                Cross-Claimant, <br><br>     vs. <br><br>VILLA ELECTRIC, INC., a California corporation and DOES 1 through 100, <br><br>                Cross-Defendants. | |

1

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA FOR THE ) |
| 2 | USE AND BENEFIT OF VILLA ELECTRIC, ) |
|   | INC., a California Corporation, ) |
| 3 | ) |
|   | Cross-Claimant, ) |
| 4 | ) |
|   | vs. ) |
| 5 | ) |
|   | BURNS & McDONNELL ENGINEERING ) |
| 6 | COMPANY, INC., a Missouri corporation, ST. ) |
|   | PAUL FIRE AND MARINE INSURANCE ) |
| 7 | COMPANY, a Minnesota corporation, ) |
|   | ) |
| 8 | Cross-Defendants. ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1),

IT IS HEREBY STIPULATED by and between all parties to this action, Use Plaintiff and Plaintiff Wesco Distribution, Inc., Defendant, Cross-Claimant and Cross-Defendant Villa Electric, Inc., Defendant, Cross-Claimant and Cross-Defendant Burns & McDonnell Engineering Co., Inc. and Defendant and Cross-Defendant St. Paul Fire and Marine Insurance Company, through their counsel, that this action be dismissed in its entirety (including the Complaint and both Cross-Claims) with prejudice. Each party shall bear its own costs and attorney's fees.

AGREED TO:

**Counsel for Plaintiffs:**

_____
Jeffrey A. Kent
POINDEXTER & DOUTRÉ, INC.
624 S. Grand Avenue, Suite 2420
Los Angeles, California 90017-3325

2

1  Counsel for Defendant, Cross-Claimant and
2  Cross-Defendant Villa Electric, Inc.

3  [signature]
4

5  Mark L. Creede
6  LANG, RICHERT & PATCH
   5200 N. Palm Ave., 4th Floor
7  Fresno, California 93704

8

9
   Counsel for Defendant, Cross-Claimant and Cross-Defendant
10 Burns & McDonnell Engineering Co., Inc. and Defendant and
   Cross-Defendant St. Paul Fire and Marine Insurance Company
11

12

13

14 Jonathan J. Dunn, Esq.
   Joanna M. Curtis, Esq.
15 SEDGWICK, DETERT, MORAN & ARNOLD LLP
16 3 Park Plaza, 17th Floor
   Irvine, California 92614-8540
17

18

19

20

21

22

23

24

25

26

27

28                                         3

Counsel for Defendant, Cross-Claimant and
Cross-Defendant Villa Electric, Inc.

---

Mark L. Creede
LANG, RICHERT & PATCH
5200 N. Palm Ave., 4th Floor
Fresno, California 93704

Counsel for Defendant, Cross-Claimant and Cross-Defendant
Burns & McDonnell Engineering Co., Inc. and Defendant and
Cross-Defendant St. Paul Fire and Marine Insurance Company

---

Jonathan J. Dunn, Esq.
Joanna M. Curtis, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
3 Park Plaza, 17th Floor
Irvine, California 92614-8540

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 624 South Grand Avenue, Suite 2420, Los Angeles, California 90017-3325.

ON September 21, 2007, I served the foregoing document(s) described as STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (F.R.Civ.P. 41(a)(1)) on the interested party(ies) in this action

[x]   by placing the [ ] the original [x] a true copy thereof enclosed in sealed envelopes addressed as follows

MARK L. CREEDE, ESQ.
LANG, RICHERT & PATCH
5200 N. PALM AVE., 4TH FLOOR
FRESNO, CALIFORNIA 93704
ATTORNEYS FOR VILLA ELECTRIC, INC.

JONATHAN J. DUNN, ESQ.
JOANNA M. CURTIS, ESQ.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
3 PARK PLAZA, 17TH FLOOR
IRVINE, CALIFORNIA 92614-8540
ATTORNEYS FOR BURNS & McDONNELL ENGINEERING CO., INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY

[ ]   FIRST CLASS MAIL as follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

[x]   VIA FEDERAL EXPRESS OVERNIGHT MAIL as follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for Federal Express delivery. Under that practice, it is delivered for pick-up by a Federal Express representative that day at our offices, with delivery fees paid or provided for, in an envelope designated by Federal Express.

[ ]   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s):

[ ]   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 21, 2007, at Los Angeles, California.

ESTHER WILLIAMS
Type or Print Name

*Esther Williams*
Signature

4

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO. C07 01420 RS